Turning to less happy matters, as I'm sure some of you have already heard, we are being sued for what the plaintiffs have called "the illegal race and sex preferences that the Northwestern University Law Review uses when selecting its articles, editors, and members." This should absolutely not be cause for alarm—after consulting case law indicating that this plaintiff may not have the best grasp of standing, the administration, some of our internal records, and previous EICs, I'm quite confident that we'll be just fine. We have repeatedly confirmed our compliance with all applicable law, including *SFFA v. Harvard*, with the General Counsel—thank you to Jazmyne for your hard work with that!—and in either case this suit should not affect your privileges or responsibilities at all.

Because our position is that we have complied with all applicable obligations, there is very little that needs to change moving forward. The main thing is that we must preserve and retain any "communications, documents, or data pertaining to past, present, and future decisions" regarding our "article, member, and editor selection." We're taking care of that, but if you have any such documents that are not already in SharePoint, **please send them to me**! You don't need to go out of your way to look for them, though.

This is also a reminder that, as always, we should exercise our best discretion in our written communications. I highly doubt that this case will reach discovery, but we should be mindful that our NULR-related messages—including anything about this litigation—is potentially discoverable. You're absolutely free to discuss the existence of the litigation, but please try to avoid commenting on the substance of the case until this situation is fully resolved. Similarly, please refer them to me if any journalists who reach out to you, and **do not comment on the case** to them. Even if what you say is fully true and good, things can always be taken out of context as you all know.

You can also tell anyone who reaches out for information about selection that it is covered by your **NDAs**! This is part of what those NDAs are in place for, so it's especially important to make sure we're complying with them right now. It's also a common organizational practice, so journalists will be used to it.

I know that the bigoted nature of some of the complaint's allegations will make it difficult to read about for many of you. I want to reaffirm that myself and Jazmyne are both here for you, whether you'd like to vent or whether you just have questions. I will make sure to keep everyone posted on how this unfolds, but I'm equally happy to make sure that I'm not communicating about it to anyone who would prefer not to hear about it. Just let me and/or Jazmyne know how you feel. Again, this (arguably sanctions-worthy) complaint should not affect anyone's experience on NULR more than it has just by its existence, and we want to make sure everyone is comfortable.

With all that said, I hope you're all having a great summer! Just reach out if you have any questions, comments, or concerns, and I can't wait to see you all in person come fall!