# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

February 4, 2025

Thomas G. Bruton
Clerk of Court
Northern District of Illinois
Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois 60604

**Re:** **Request for Refund Letter in** *FASORP v. Northwestern University*, **No. 1:25-cv-01129 (N.D. Ill.)**

Dear Mr. Bruton:

When filing the complaint in *FASORP v. Northwestern University*, No. 1:25-cv-01129 (N.D. Ill.), earlier this week, I made two payments of the $405.00 filing fee with my law firm's credit card.

Could you please refund one of those $405.00 payments? I have attached the receipts of those payments to this letter. Thank you for considering this.

Sincerely,

Jonathan F. Mitchell

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for the Plaintiff*



**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT
**Date:** January 31, 2025 at 10:04 PM
**To:** jonathan@mitchell.law

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

Account Number: 5277657
Court: ILLINOIS NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AILNDC-23033834
Approval Code: 02157G
Card Number: ***********7716
Date/Time: 02/01/2025 01:04:04 ET

NOTE: This is an automated message. Please do not reply



**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT
**Date:** January 31, 2025 at 9:59 PM
**To:** jonathan@mitchell.law

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND CMECF Help Desk at 312-582-8727.

Account Number: 5277657
Court: ILLINOIS NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AILNDC-23033827
Approval Code: 07981G
Card Number: ***********7716
Date/Time: 02/01/2025 12:59:32 ET

NOTE: This is an automated message. Please do not reply