# EXHIBIT 1

| | |
|---|---|
| **From:** | Rhonda Johnson |
| **To:** | Jonathan Mitchell |
| **Cc:** | Reed Rubinstein; Judd E. Stone II; Ari Cuenin; Christopher D. Hilton; Conley, Danielle (DC); Volek, Jude (DC); Benjamin, Jasmine (DC); Smith, Christine (DC); Berkowitz, Sean (CH) |
| **Subject:** | Re: hearing on February 5, 2025 in FASORP v. Northwestern University, No. 1:24-cv-05558 (N.D. ill.) |
| **Date:** | Tuesday, January 28, 2025 3:27:51 PM |

Hello,

Judge Ellis confirmed that the hearing is going forward in person.

Thanks,
Rhonda Johnson

> On Jan 28, 2025, at 1:25 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> CAUTION - EXTERNAL:
>
>
> Dear Ms. Johnson:
>
> Judge Ellis has scheduled an in person hearing for February 5, 2025, on our motion for leave to amend the second amended complaint. But the Court mentioned at our status hearing that the court might rule on the papers, which would obviate the need for an in-person hearing.
>
> Is it safe for us to assume at this point that the hearing will go forward, or is there still a possibility that the judge might cancel the hearing? I am asking so that we can plan our travel accordingly.
>
> Thank you for considering this.
>
>
> —Jonathan
> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.
>