**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP), <br><br> Plaintiff, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, AND DANIEL RODRIGUEZ, in their official capacities as professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern University Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern University Law Review, <br><br> Defendants. | Case No. 25-cv-1129 <br><br> District Judge Sara L. Ellis |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, April 1, 2025 at 9:45 a.m., the undersigned shall appear before Judge Sara L. Ellis in Courtroom 1403, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present Defendants' Rule 41(d) Motion for an award of fees and costs in case No. 24-cv-5558 and a stay of this suit pending payment thereof, a true and correct copy of which is hereby served upon you.

Dated: March 25, 2025                              Respectfully submitted,

                                                   /s/ *Danielle Conley*

                                                   Danielle Conley (*admitted pro hac vice*)

Jude Volek *(admitted pro hac vice)*
Christine C. Smith *(admitted pro hac vice)*
Jasmine D. Benjamin *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.634.1068
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz (IL 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
sean.berkowitz@lw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, I caused a copy of the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

s/ *Danielle Conley*

Danielle Conley (*admitted pro hac vice*)