**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP),<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, AND DANIEL RODRIGUEZ, in their official capacities as professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern University Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern University Law Review,<br><br>Defendants. | Case No. 25-cv-1129<br><br>District Judge Sara L. Ellis |

## DEFENDANTS' MOTION TO VACATE THE BRIEFING SCHEDULE

Defendants respectfully move to vacate the briefing schedule on their forthcoming motion to dismiss, *see* Dkt. 16, pending resolution of their Rule 41(d) motion.

1.      On February 19, 2025, this Court set the deadline for Defendants' motion to dismiss as April 3, 2025, with Plaintiff's response due by May 9, 2025, and Defendants' reply due June 6, 2025.  *See* Dkt. 16.

2.      On March 25, 2025, Defendants filed a Rule 41(d) motion that, among other things, asks the Court to stay this case under Rule 41(d)(2) until Plaintiff pays Defendants an award of fees and costs under Rule 41(d)(1). *See* Dkt. 17.

3. Requiring Defendants to file their motion to dismiss before the Rule 41(d) motion is resolved would moot a substantial portion of the Rule 41(d)(2) relief sought in that motion.

4. Defendants' counsel Jude Volek held a videoconference with Plaintiff's counsel Jonathan Mitchell at approximately 2:00 PM CDT on March 24, 2025 to meet and confer regarding this Motion. During that consultation, the parties made good faith attempts to resolve differences, but they were unable to reach an accord.

WHEREFORE, Defendants respectfully request that the Court vacate the briefing schedule on their forthcoming motion to dismiss until Defendants' Rule 41(d) motion is resolved.

Dated: March 25, 2025                    Respectfully submitted,


By: *Danielle Conley*


Danielle Conley (*admitted pro hac vice*)
Jude Volek (*admitted pro hac vice*)
Christine C. Smith (*admitted pro hac vice*)
Jasmine D. Benjamin (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.634.1068
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com


Sean Berkowitz (IL 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
sean.berkowitz@lw.com


*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, I filed the foregoing with the clerk of the court

by using the CM/ECF system and sent via electronic transmission to all parties of record.


s/ *Danielle Conley*

Danielle Conley (*admitted pro hac vice*)