**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP),<br><br>                Plaintiff,<br><br>  v.<br><br>NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, AND DANIEL RODRIGUEZ, in their official capacities as professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern University Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern University Law Review,<br><br>                Defendants. | Case No. 25-cv-1129<br><br>District Judge Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 1, 2025 at 9:45 a.m., the undersigned shall appear before Judge Sara L. Ellis in Courtroom 1403, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present Defendants' Motion to vacate the briefing schedule, a true and correct copy of which is hereby served upon you.

Dated: March 25, 2025                  Respectfully submitted,

                                            /s/ *Danielle Conley*

                                            Danielle Conley (*admitted pro hac vice*)
                                            Jude Volek *(admitted pro hac vice)*
                                            Christine C. Smith *(admitted pro hac vice)*

Jasmine D. Benjamin *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.634.1068
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz (IL 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
sean.berkowitz@lw.com

*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 25, 2025, I caused a copy of the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

s/ <u>*Danielle Conley*</u>

Danielle Conley (*admitted pro hac vice*)
