**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Faculty, Alumni, and Students Opposed to Racial
Preferences (FASORP)

                                                Plaintiff,

v.                                                   Case No.:
                                                      1:25−cv−01129
                                                      Honorable Sara L. Ellis

Northwestern University, et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants in part and denies in part Defendants' Rule 41(d) motion for an award of fees and costs in Case No. 24−cv−5558 and a stay of this suit pending payment thereof [17]. The Court awards Defendants the court costs they incurred in Case No. 24−cv−5558 and reasonable attorneys' fees incurred in connection with the filing of this Rule 41(d) motion. The Court orders the parties to confer on the amount of the allowable costs and attorneys' fees, and to come to an agreement if possible. If the parties cannot agree on the amount Plaintiff shall pay to Defendants, the parties should file a joint statement setting forth their positions, accompanied by supporting documentation, by 8/22/2025. The Court sets a further status hearing for 9/10/2025 at 9:30 AM. The Court grants Plaintiff's motions to seal [25], [30] and for leave to file excess pages [34]. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.