**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)

Plaintiff,

v.

Case No.: 1:25−cv−01129
Honorable Sara L. Ellis

Northwestern University, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the ruling date set for 11/5/2025 and resets it to 1/15/2026 at 1:30 PM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.