UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)**,

Plaintiff,

v.

**Northwestern University**, et al.,

Defendants.

Case No. 1:25-cv-01129

Judge Sara L. Ellis

### Plaintiff's Docketing Statement

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP) respectfully submits this docketing statement as required by Seventh Circuit Rule 3(c).

### I. Statement Concerning The District Court's Jurisdiction

The district court's jurisdiction rests on 28 U.S.C. § 1331 because the case arises under federal law. The case arises under federal law because the plaintiff is alleging that the defendants are violating federal anti-discrimination laws, including Title VI and Title VII of the Civil Rights Act of 1964, Title IX of the Educational Amendments Act of 1972, and 42 U.S.C. § 1981, and the plaintiff is seeking relief under those federal statutes.

### II. Statement Concerning Appellate Jurisdiction

This Court's appellate jurisdiction rests on 28 U.S.C. § 1291 because the plaintiffs have appealed the district court's final judgment, which was entered on February 13, 2026 (ECF No. 54). The plaintiff did not move for a new trial or for alteration of the judgment, and no other motion was filed which would toll the time to file an appeal.

The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties, and no parties or issues remain in the district court. The plaintiff filed its notice of appeal on February 14, 2026. This is not a direct appeal from the decision of a magistrate judge.

### III. Prior Or Related Appellate Proceedings

There have been no prior or related appellate proceedings in this case.

### IV. Additional Requirements Of Circuit Rule 3(c)(1)

This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable. None of the parties to the litigation appear in an official capacity. This case does not involve a collateral attack on a criminal conviction.

The counsel of record in this appeal is Jonathan F. Mitchell of Mitchell Law PLLC.

                                              Respectfully submitted.

                                              */s/ Jonathan F. Mitchell*
                                              Jonathan F. Mitchell
                                              Mitchell Law PLLC
                                              111 Congress Avenue, Suite 400
                                              Austin, Texas 78701
                                              (512) 686-3940 (phone)
                                              (512) 686-3941 (fax)
                                              jonathan@mitchell.law

Dated: February 14, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on February 14, 2026, I served this document through CM/ECF upon:

Danielle Conley
Jude Volek
Christine C. Smith
Jasmine D. Benjamin
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (phone)
(202) 637-2201 (fax)
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
(312) 876-7700 (phone)
(312) 993-9767 (fax)
sean.berkowitz@lw.com

                                                      /s/ Jonathan F. Mitchell
                                                      Jonathan F. Mitchell
                                                      *Counsel for Plaintiff*